UNITED STATES DISTRICT COURT
for the Northern District of Ohio

Frederick Banks as "Next Friend" for Travis Reinking, Nashville Waffle House Shooter,
Petitioner,

v.

Central Intelligence Agency; Mike Pompeo; United States Secret Service; Walt Ehmer, CEO Waffle House Restaurants; James Shaw, Jr.; Nashville Police Department; Steve Anderson, Nashville Police Chief; Special Agent Todd Hudson; Sheriff Robert Huston, Tazewell County, ILL; Don Aaron, Police Spokesman; Associated Press,
Respondents.

Civil Action No.
4:18 CV 965

[Evidentiary Hearing Requested]

FILED
APR 26 2018
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

JUDGE NUGENT
MAG. JUDGE JAMES R. KNEPP II

PETITION FOR A WRIT OF HABEAS CORPUS & MANDAMUS
Under 28 USC § 2242, 28 USC 1361

Petitioner Frederick Banks, an American Indian, as "next friend" for Travis Reinking, Nashville Waffle House Shooter ("Petitioner") files this Petition for a Writ of Habeas Corpus & Mandamus under 28 USC § 2242, 28 USC 1361 and represents as follows:

1. The Central Intelligence Agency ("CIA") have petitioner in unlawful custody in violation of the laws and Constitution of the United States because he is in a CIA Telepathic Behavior Modification program (see "Telepathic Behavior Modification" and Project Star Gate at www.foia.cia.gov) and being controlled by the CIA involuntarily to do the Waffle House shooting in Nashville, TN for the CIA's purpose to get gun control legislation introduced and/or passed in Congress and signed into law by the president. Petitioner has a FISA warrant (Foreign Intelligence Surveillance Act) on him in violation of 50 USC § 1801 et seq and the Due Process and he is being involuntarily controlled like a video game by the CIA using a wireless signal via satellite w/ GPS tracking. See the interviews w/ Dr. John Hall, author of Guinea Pigs Technologies of Control and a new breed of

{Additionally, if he is "mentally ill" the CIA + Pompeo discriminated against Remking by putting him into the illegal FISA program in violation of the Americans with Disabilities Act. There are at least 300,000 victims of CIA electronic harassment and 75% of them are women.
See Freedom From Covert Harassment www.freedomfchs.net}

Satellite Terrorism in America, and DR Robert Duncan, a CIA scientist at youtube.com; "Army Yanks Voice to Skull" at wired.com; "Synthetic Telepathy" at nbcnews.com; Voice of God Weapon at wired.com and Secure Voice Coding at nsa.gov. The CIA sends a wireless signal by satellite to a targeted Individual to control a human or animal organism by remote means.

2. Petitioner Travis Reinking is mentally incapacitated because of the CIA remote mind control and FISA. See CIA Mind Control Operations in America & Psychic Dictatorship in the USA by Alex Constantine; A Father, A Son and the CIA by DR Harvey Weinstein (Toronto 1968). Associated press stated "A nearly naked gunman wearing only a green jacket and brandishing an assault rifle stormed a Waffle House restaurant in Nashville early Sunday, shooting four people to death before a customer rushed him and wrestled the weapon away." Also, the CIA was in total control of Reinking when he was arrested last July for being in a restricted area near the White House. Noted that Vegas shooter Stephan Paddock claimed he was being mind controlled and Paddock shot out an East Bay window at two fuel tanks owned by Janet airlines the exclusive airline used by US Intelligence agencies before he shot up the Jason Aldean concert at Mandalay Bay! Paddock was in the same illegal CIA program as Reinking is.

3. Director of Central Intelligence Mike Pompeo owed petitioner a duty to uphold the US Constitution by virtue of his oath of office and he breached that duty owed by ordering open season on US citizens and causing them to be controlled to commit mass murder to push gun control legislation and other USA agendas. Pompeo and his predecessors should be arrested and put into a US prison and the CIA's illegal mind control and FISA programs should be shelved. Petitioner should be discharged from unlawful confinement of the mind and treated for his ailments.

4. A 2255 motion is inadequate & ineffective to challenge petitioners detention

because he is not sentenced or convicted of any crime but is rather being held in a state of perpetual unrest and Respondents CIA is trying to kill him or civilly commit him for life to a mental Hospital. Statutes of general applicability are liberally construed in an Indian's favor and therefore 28 USC § 2242 must be liberally not strictly construed in Banks' favor as he is an American Indian. Also, the Court should order Respondents to disclose the FISA electronic surveillance on petitioner pursuant to 50 USC § 1806(f) because as explained petitioner is an aggrieved party under FISA and the FISA will help prove the petition's allegations.

WHEREFORE, the foregoing petitions should be granted. Petitioner should be discharged. A mandamus should issue against Mike Pompeo and the CIA commanding them to remove petitioner from any & all CIA or FISA programs and the FISA should be disclosed. The Court should consider if warranted transferring this action to the US District Court for Nashville Tennessee. An evidentiary hearing should be ordered.

Executed under perjury

Respectfully Submitted

Dated: 4/22/18

Frederick Banks
110 5th Ave #0063533
Youngstown, Ohio 44503
Next Friend

Hamilton Brown
www.facebook.com/hamiltonbrownsfirm